SELMAR GARAGE CORP., Respondent, v. RINK REALTY CORPORATION, Appellant, et al., Defendants.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

NETTIE SHERMAN . et al., Appellants, v. 3100 CORPORATION, Respondent.—

No opinion. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.